UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JAIME PEREZ,

                    Plaintiff,

          -against-

V & S 1110 LLC and VED PARKASH,

                  Defendants.

-------------------------------------------------------------------X

Case No. 24 Civ. 08028 (JLR)(SDA)

JUDGMENT

On ___February 7, 2025___ Plaintiff Jaime Perez filed a notice of acceptance pursuant to Rule 68 of the Federal Rules of Civil Procedure.

Now, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, Jaime Perez, has a judgment against Defendants V & S 110 LLC and Ved Parkash (collectively "Defendants"), jointly and severally, in the amount of Fifty Thousand Dollars and Zero Cents ($50,000.00) which is inclusive of interest, attorneys' fees and costs.

Dated: __February 10_____, 2025
        New York, New York
SO ORDERED

_Jennifer Rochon_____
U. S. D J
The Hon. Jennifer L. Rochon